# UNITED STATES DISTRICT COURT
## Office of the Clerk
### District of Oregon

**NOTICE TO COUNSEL REGARDING**
**ASSIGNMENT OF PRESIDING JUDICIAL OFFICER**

**CASE NO:  03-CV-1649-ST**                                    **November 28, 2003**

**TITLE: ROBERT CURTIS vs. ROBERT NAULT, etc., et al**

**(a)**  The above referenced case has been filed and docketed in this court and assigned to the presiding judicial officer shown below for disposition, to include the conduct of trial and/or entry of final judgment.[1]  The judicial officer's initials shall follow the case number on all future filings with the court.

| **Initials** | **Name of Assigned Judicial Officer** |
|---|---|
| ST | Honorable Janice M. Stewart, U.S. Magistrate Judge |

**(b)**  Questions relating to the status or scheduling of this case should be directed to the judge's courtroom deputy:

Donna Ausbie          (503) 326-8057          Donna_Ausbie@ord.uscourts.gov

**(c)**  Docket related questions should be directed to the following civil docket clerk:

Marilyn Kirkland          (503) 326-8012          Marilyn_Kirkland@ord.uscourts.gov

---

*Cases initially assigned to a United States Magistrate shall be administered by that judge, to include the scheduling of all discovery matters, and with the consent of the parties, the conduct of trial and/or entry of final judgment.  Pursuant to Fed.R.Civ.P. 73, all full-time United States Magistrates in the District of Oregon have been certified to exercise civil jurisdiction in assigned cases, to include trial and entry of final judgment.  Appeals from the entry of such judgments go directly to the United States Court of Appeals for the Ninth Circuit, not to a trial de novo before a district judge.  Therefore, parties are strongly encouraged to file a Consent to Trial and Entry of Final Judgment [See Fed.R.Civ.P. 73(b)].  See "Role of the Magistrate Judge" at the Court's web site at www.ord.uscourts.gov for further clarification.*