# UNITED STATES DISTRICT COURT
# Office of the Clerk
# District of Oregon

**NOTICE TO COUNSEL REGARDING
REASSIGNMENT OF PRESIDING JUDICIAL OFFICER**

**CASE NO:** <u>Civ. 03-1649-PA</u>                                                          <u>**December 15, 2003**</u>

**TITLE:** <u>Robert Curtis, et al. v. Robert Nault, et al.</u>

**(a)** The above referenced case has been reassigned from Magistrate Judge Janice M. Stewart to Judge Owen M. Panner for disposition, to include the conduct of trial and/or entry of final judgment. The judicial officer's initials shall follow the case number on all future filings with the court.

| **Initials** | **Name of Assigned Judicial Officer** |
|---|---|
| PA | Honorable Owen M. Panner, Senior District Judge |

**(b)** Questions relating to the status or scheduling of this case should be directed to the judge's courtroom deputy:

Margaret Hunt          (503) 326-8290

**(c)** Specific docket related questions should be directed to the civil docket clerk:

Marilyn Kirkland          (503) 326-8012   marilyn_kirkland@ord.uscourts.gov