FILED '03 DEC 18 15:40 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| ROBERT CURTIS and ANTLER LODGE MINE LTD., a corporation, | ) ) ) ) | Civil No. 03-1649-PA |
| Plaintiffs, | ) ) | **JUDGMENT** |
| v. | ) ) | |
| Honorable Minister Robert NAULT, et al. | ) ) ) | |
| Defendants. | ) | |

PANNER, Judge.

This action is dismissed without prejudice for failure to state a claim over which this court has jurisdiction.

DATED this ___18___ day of December, 2003.

*Owen M. Panner*

Owen M. Panner
United States District Judge